WOODRIDGE FARMERS' CO-OPERATIVE CREAMERY CO., INC., Respondent, v. EMANUEL D. OFFEN, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ADDIE L. YOUNG, as Administratrix, etc., of IRA C. YOUNG, Deceased, Respondent, v. DIRECTOR GENERAL OF RAILROADS, Appellant.— Judgment and order unanimously affirmed, with costs.

PETER J. BARMANN, Individually and as Trustee under the Last Will and Testament of PETER BARMANN, Deceased, Respondent, v. SUSAN BARMANN, as Trustee under the Last Will and Testament of PETER BARMANN, Deceased, Appellant, Impleaded with Others. (No. 1.) — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that this is not a proper case for a court of equity to take jurisdiction and appoint temporary receivers to manage property committed by testamentary provisions to the control and management of executors and trustees. All concur.

PETER J. BARMANN, Individually and as Trustee under the Last Will and Testament of PETER BARMANN, Deceased, Respondent, v. SUSAN BARMANN, as Trustee under the Last Will and Testament of PETER BARMANN, Deceased, Appellant, Impleaded with Others. (No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur.

JAMES CONWAY, Plaintiff, v. THE BLUFF POINT STONE COMPANY, Respondent, and THE UNITED STATES FIDELITY AND GUARANTY COMPANY OF BALTIMORE, MARYLAND, Appellant, Impleaded with Others.— Judgment unanimously affirmed, with costs.

JOHN DEE, Respondent, v. MARY J. LIGHTHALL, Appellant, Impleaded with Others. (No. 1.)— Order unanimously affirmed, with ten dollars costs and disbursements.

JOHN DEE, Respondent, v. MARY J. LIGHTHALL, Appellant, Impleaded with Others. (No. 2.)— Order unanimously affirmed, with ten dollars costs and disbursements.

CHARLES FOSMIRE, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Motion granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action?

HENRIETTE HOFMEYER, Respondent, v. CITIZENS BREWING CORPORATION, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

LOUISE HAMBURGER, Appellant, v. CORNELL UNIVERSITY, Respondent. (No. 1.) — Order unanimously affirmed, with ten dollars costs and disbursements.

LOUISE HAMBURGER, Appellant, v. CORNELL UNIVERSITY, Respondent. (No. 2.) — Order modified by providing that the trial shall be had in the county of Broome, instead of the county of Tompkins, and as so modified unanimously affirmed, without costs.

HOOKER ELECTRO-CHEMICAL COMPANY, Respondent, v. MORRIS I. LANDAU, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.